**Entered on Docket**
**July 15, 2010**

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge

Jeremy T. Bergstrom, Esq.
Nevada Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
E-mail: jbergstrom@mileslegal.com
File No. 10-91148

Attorneys for Secured Creditor,
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CHRISTOPHER J. SIEBEN FDBA SIERRA CUSTOM CONCRETE LLC AND TONYA M. SIEBEN,<br>      Debtors | Case No.: BK-N-09-53991-GWZ<br>Chapter 7 |
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br>      Secured Creditor,<br>vs<br>CHRISTOPHER J. SIEBEN AND TONYA M. SIEBEN, Debtors, W. DONALD GIESEKE, Trustee,<br>      Respondents | **ORDER TERMINATING THE AUTOMATIC STAY**<br><br>Date:  July 13, 2010<br>Time:  10:00 A.M. |

  The Motion for Relief having been properly served, with no opposition filed herein, the Court makes its Order as follows:

1

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in
2 the above-entitled Bankruptcy case is hereby terminated as to the Debtors and the Trustee in
3 favor of Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE
4 HOME LOANS SERVICING, LP, as it pertains to the following described property: **372**
5 **Sunchase Court, Carson City, NV  89701** ("Property" herein) and legally described as follows:

6    LOT 162, AS SHOWN ON THE MAP OF SUNCHASE SUBDIVISION UNIT
     NO. 4, FILED IN THEOFFICE OF THE CARSON CITY RECORDER, STATE
7    OF NEVADA, ON SEPTEMBER 29, 1993 AS FILE NO. 150279, OFFICIAL
     RECORDS.
8    PARCEL ID NO.: 009-732-07

9

10    IT IS SO ORDERED.

11 Submitted by:

12

13 DATED: July 15, 2010            By: /s/ Jeremy T. Bergstrom, Esq.
                                   Jeremy T. Bergstrom, Esq.
14                                 Attorney for Secured Creditor
                                   BAC HOME LOANS SERVICING, LP FKA
15                                 COUNTRYWIDE HOME LOANS SERVICING,
                                   LP
16
   APPROVED/DISAPPROVED
17

18 DATED:_____            _____
                                   JOHN S. BARTLETT
19                                 Attorney for Debtor

20
   APPROVED/DISAPPROVED
21

22 DATED:_____            _____
                                   W. DONALD GIESEKE
23                                 Chapter 7 Trustee

24 (10-91148/nvots.dot/mlb)

2

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with Local Rule 9021, the undersigned certifies:

____ The court waived the requirements of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

| | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| CHAPTER 7 TRUSTEE:<br>W. Donald Gieseke<br>18124 Wedge Pkwy. Ste. 518<br>Reno, NV 89511 | | | X |
| ATTORNEY FOR DEBTORS:<br>John S. Bartlett<br>1201 Johnson St. Ste 130<br>Carson City, NV 89706 | | | X |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Michelle L. Benson
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

###

3