_____
Honorable Gregg W. Zive
United States Bankruptcy Judge



Entered on Docket
March 21, 2013

MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
(775) 786-1695
email michaellehners@yahoo.com
Attorney for Chapter Seven Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE

CHRISTOPHER J. SIEBEN and TONYA M. SIEBEN,

Debtor(s).
_____/

BK-N- 09-53991
CHAPTER 7
Hearing Date: 3/13/13
and Time: 10:00 a.m.
Mtn No. _____
Est Time: 5 Minutes

ORDER GRANTING MOTION TO SELL ESTATE'S INTEREST IN REAL PROPERTY FREE AND CLEAR OF LIENS TO DEBTOR

THIS MATTER came before the Court on the motion of of the Chapter Seven Trustee to approve the Sale of the Estate's Interest in Real Property. Michael Lehners, Esq. appeared on behalf of the Chapter Seven Trustee. John Bartlett, Esq. appeared on behalf of the Debtors. The Court reviewed the matters before it.

IT IS HEREBY FOUND AND DETERMINED THAT:

1.  Equity Trust Company Custodian FBO Abdenour Achab Roth IRA through Abdenour Achab made a cash offer of $40,000.00 to purchase Christopher J. Sieben's 8.3% interest in the real property parcels that are identified by APN No. 0000-07-120-070 and APN No. 0000-07-170-080.

1

2. The Debtors submitted a $45,000.00 overbid. Mr. Achab declined to submit a further bid.

Based on the foregoing and with good cause otherwise appearing,

IT IS HEREBY ORDERED THAT:

I. The sale of the Real Property described herein to the Debtors for $45,000.00 is hereby approved.

II. The Debtors shall have ten days from the entry of this Order to tender the balance of the $45,000.00 in cash to the Chapter Seven Trustee.

III. Should the Debtors fail to pay the balance pursuant to the terms described herein, Mr. Achab may purchase said property for the $40,000.00 he has on deposit with the Trustee.

IV. Upon receipt of the balance of funds from the Debtors, the Trustee shall refund Mr. Achab's money to him.

V. The compromise of the Estate's Claim against the Debtors with respect to said Real Property is hereby approved.

Dated: _____

_____
Michael Lehners, Esq.
Attorney for Chapter Seven Trustee

Approved/Disapproved

Dated: _____

_See attached_
John Bartlett, Esq.
Attorney for the Debtors

# # #

MAR-13-2013 13:14  
Case 09-53991-gwz   Doc 92   Entered 03/21/13 08:44:15   Page 3 of 4   P.03

2. The Debtors submitted a $45,000.00 overbid. Mr. Achab declined to submit a further bid.

Based on the foregoing and with good cause otherwise appearing,

IT IS HEREBY ORDERED THAT:

I. The sale of the Real Property described herein to the Debtors for $45,000.00 is hereby approved.

II. The Debtors shall have ten days from the entry of this Order to tender the balance of the $45,000.00 in cash to the Chapter Seven Trustee.

III. Should the Debtors fail to pay the balance pursuant to the terms described herein, Mr. Achab may purchase said property for the $40,000.00 he has on deposit with the Trustee.

IV. Upon receipt of the balance of funds from the Debtors, the Trustee shall refund Mr. Achab's money to him.

V. The compromise of the Estate's Claim against the Debtors with respect to said Real Property is hereby approved.

Dated: _____

Michael Lehners, Esq.
Attorney for Chapter Seven Trustee

Approved/Disapproved
Dated: 3/13/13

John Bartlett, Esq
Attorney for the Debtors

# # #

2

7758412172        03/13/2013 13:31   RECEIVED FROM:                TOTAL P.03
                                                                           #1793-003

**CERTIFICATION PER LR 9021**

In accordance with LR 9021, counsel submitting this document certifies as follows:

\_\_\_\_\_The court has waived the requirement of approval under LR 9021.

\_\_\_\_\_No parties filed written objections and/or Signature waived at court.

<u>XX</u> ORDER SIGNED OFF BY ALL PARTIES.

\_\_\_\_\_I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

DATED this \_\_\_\_\_ day of March, 2013

_____
Michael Lehners, Esq.
attorney for Movant