# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                      §
                                            §
SIEBEN, CHRISTOPHER J.                      §     Case No. 09-53991
SIEBEN, TONYA M.                            §
                                            §
                                            §
            Debtor(s)                       §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                      $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/W. Donald Gieseke, Trustee_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 09-53991 | GWZ | Judge: Gregg W Zive | Trustee Name: | W. Donald Gieseke, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SIEBEN, CHRISTOPHER J. | | | Date Filed (f) or Converted (c): | 11/09/09 (f) |
| | SIEBEN, TONYA M. | | | 341(a) Meeting Date: | 12/17/09 |
| For Period Ending: | 05/07/13 | | | Claims Bar Date: | 07/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY RESIDENCE LOCATED AT 372 SUNCHASE CT | 225,000.00 | 0.00 | | 0.00 | FA |
| 2. FURNITURE, FURNISHINGS, APPLIANCES, 2 TV'S, COMPUT | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. WEDDING RING | 500.00 | 0.00 | | 0.00 | FA |
| 4. REMINGTON 870 SHOTGUN | 250.00 | 0.00 | | 0.00 | FA |
| 5. MASS MUTUAL UNIVERSAL LIFE INSURANCE POLICY, 450K | 793.00 | 0.00 | | 0.00 | FA |
| 6. MASS MUTUAL UNIVERSAL LIFE INSURANCE POLICY, DEATH | 0.00 | 0.00 | | 0.00 | FA |
| 7. AMERIFUNDS ROTH IRA ACCOUNT | 6,000.00 | 0.00 | | 0.00 | FA |
| 8. 2008 TOYOTA TACOMA, EXTRA CAB, SHORT BED, 4X4, 40K | 23,000.00 | 0.00 | | 0.00 | FA |
| 9. SIERRA CUSTOM CONCRETE EQUIPMENT: STIHL SAW [$250 | 4,100.00 | 0.00 | | 0.00 | FA |
| 10. WAGES (u) | 0.00 | 115.68 | | 115.68 | FA |
| NON EXEMPT WAGES OF $115.68 | | | | | |
| 11. 2009 TAX REFUND (u) | 0.00 | 2,595.16 | | 2,595.16 | FA |
| DEBTOR RECEIVED $3,036.00 IN 2009 TAX REFUND, PRORATED TO BK FILING DATE OF 11-09-09 IS $2,595.16 MINUS NO EXEMTIONS IS $2,595.16 IS DUE TO THE ESTATE. | | | | | |
| 12. STATELINE, NV PROPERTY - DEBTORS 1/12 INTEREST (u) | 0.00 | 45,000.00 | | 45,000.00 | FA |
| COMMERICIAL PROPERTY IN STATELINE, NV - DEBTOR PURCHASED 1/12 OF THIS PROPERTY FROM THE BK ESTATE PER COURT ORDER. | | | | | |
| 13. SALE OF DEBTORS 1/12 INTEREST IN STATELINE PROPER (u) | 0.00 | 40,000.00 | | 40,000.00 | FA |
| ON 12-19-12 - POTENTIAL BUYER - MR. ACHAB - HAS MADE A $5K DEPOSIT ON PROPOSED SALE OF DEBTORS INTEREST IN 1/12 OF THE STATELINE PROPERTY. THIS BUYER WAS OUTBID IN COURT BY THE DEBTOR. MONEY RETURNED TO BIDDER -MR. ACHAB ON 3-22-13. | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.06 | Unknown |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 09-53991 | GWZ | Judge: Gregg W Zive | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|---|---|
| Case Name: | SIEBEN, CHRISTOPHER J. | | | Date Filed (f) or Converted (c): | 11/09/09 (f) |
| | SIEBEN, TONYA M. | | | 341(a) Meeting Date: | 12/17/09 |
| | | | | Claims Bar Date: | 07/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $261,643.00 | $87,710.84 | | $87,711.90 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

4-6-10 TRUSTEE COLLECTED NON EXEMPT 2009 TAX REFUND FOR $2595.16 AND NON EXEMPT WAGES FOR $115.68.

HEARING ON 9-26-12 DETERMINED THAT DEBTOR WILL PAY $1K PER MONTH FOR 36 MONTHS ON RENTAL INCOME RECEIVED FROM DEBTOR'S 1/12 INTEREST IN A COMMERICIAL PROPERTY IN STATELINE, NV.

HEARING ON 3-13-13 - COURT ORDERED THAT SALE OF DEBTOR'S 1/12 INTEREST IN COMMERCIAL PROPERTY IN STATELINE, NV WILL BE SOLD TO DEBTOR (DOCKET #92) WILL OCCUR FOR $45K FROM DEBTOR.

ON 3-21-13 COURT ORDER SIGNED AND APPROVED FOR SALE TO DEBTOR (DOCKET #92).

ON 3-22-13 FUNDS OF $40K WERE RETURNED TO THIRD PARTY BIDDER, ABDENOUR ACHAB, AND COURT APPROVED SALE TO DEBTOR FOR $45K (DOCKET #92).

DEBTOR SUBMITTED FINAL PAYMENT OF $40K TO BK ESTATE ON 3-22-13.

4-18-13 - TFR SUBMITTED - WAITING FOR OUST APPROVAL ON TRUSTEE'S FINAL REPORT.

Initial Projected Date of Final Report (TFR): 11/09/10     Current Projected Date of Final Report (TFR): 12/31/15

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 09-53991 -GWZ | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|
| Case Name: | SIEBEN, CHRISTOPHER J. | Bank Name: | UNION BANK |
| | SIEBEN, TONYA M. | Account Number / CD #: | *******5930  Checking Account |
| Taxpayer ID No: | *******7940 | | |
| For Period Ending: | 05/07/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/18/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 2,669.84 | | 2,669.84 |
| 10/25/12 | 12 | CHRISTOPHER J. SIEBEN - PERSONAL CHK<br>372 SUNCHASE COURT<br>CARSON CITY, NV  89701 | PYMT #1 ON STATELINE, NV PROPERTY | 1249-000 | 1,000.00 | | 3,669.84 |
| 11/19/12 | 12 | CHRISTOPHER J. SIEBEN - PERSONAL CHK<br>372 SUNCHASE COURT<br>CARSON CITY, NV  89701 | PYMT #2 FOR STATELINE, NV | 1249-000 | 1,000.00 | | 4,669.84 |
| 11/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,654.84 |
| 12/18/12 | 12 | CHRISTOPHER J. SIEBEN - PERSONAL CHK<br>372 SUNCHASE COURT<br>CARSON CITY, NV  89701 | PYMT # 3 STATELINE, NV PROPERTY | 1249-000 | 1,000.00 | | 5,654.84 |
| 12/21/12 | 13 | ABDENOUR ACHAB - CASHIERS CHK | $5K DEPOSIT/SALE STATELINE PROPERTY | 1210-000 | 5,000.00 | | 10,654.84 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 10,639.84 |
| 01/17/13 | 12 | CHRISTOPHER J. SIEBEN - PERSONAL CHK<br>372 SUNCHASE COURT<br>CARSON CITY, NV  89701 | PYMT #4 FOR STATELINE, NV PROPERTY | 1249-000 | 1,000.00 | | 11,639.84 |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 11,624.84 |
| 02/13/13 | 13 | EQUITY TRUST COMPANY<br>P.O. BOX 1529<br>225 BURNS ROAD<br>ELYRIA, OH 44036 | DEPOSIT FROM ABDENOUR ACHAB | 1210-000 | 35,000.00 | | 46,624.84 |
| 02/20/13 | 12 | CHRISTOPHER J. SIEBEN - PERSONAL CHKI<br>372 SUNCHASE COURT<br>CARSON CITY, NV  89701 | PYMT # 5 FOR STATELINE, NV PROP | 1249-000 | 1,000.00 | | 47,624.84 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 47,609.84 |
| 03/22/13 | 12 | CHRISTOPHER J. SIEBEN - CASHIER'S CHK<br>372 SUNCHASE COURT<br>CARSON CITY, NV  89701 | FINAL PYMT ON STATELINE NV PROPERTY | 1110-000 | 40,000.00 | | 87,609.84 |

Page Subtotals    87,669.84    60.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 09-53991 -GWZ | | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|---|
| Case Name: | SIEBEN, CHRISTOPHER J. | | Bank Name: | UNION BANK |
| | SIEBEN, TONYA M. | | Account Number / CD #: | *******5930  Checking Account |
| Taxpayer ID No: | *******7940 | | | |
| For Period Ending: | 05/07/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/22/13 | 005001 | EQUITY TRUST CO., CUSTODIAN FBO: ABDENOUR ACHAB ROTH IRA 225 BURNS ROAD ELYRIA, OH 44036 | RETURN FUNDS TO 1ST BIDDER PROPERTY OVERBID BY DEBTOR ACCEPTED BY COURTS. | 1210-000 | | 40,000.00 | 47,609.84 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 41.16 | 47,568.68 |
| 04/14/13 | 005002 | MICHAEL LEHNERS, ESQ. 429 MARSH AVE. RENO, NV 89509 | PAYMENT FOR ATTORNEY FOR TRUSTEE FEES & EXPENSES PER COURT ORDER; DOCKET #90. | | | 13,269.75 | 34,298.93 |
| | | | Fees      13,003.75 | 3210-000 | | | |
| | | | Expenses      266.00 | 3220-000 | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 87,669.84 | 53,370.91 | 34,298.93 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 2,669.84 | 0.00 | |
| | | Subtotal | | 85,000.00 | 53,370.91 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 85,000.00 | 53,370.91 | |

Page Subtotals      0.00      53,310.91

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 09-53991 -GWZ | | Trustee Name: | W. Donald Gieseke, Trustee |
| Case Name: | SIEBEN, CHRISTOPHER J. | | Bank Name: | Bank of America, N.A. |
| | SIEBEN, TONYA M. | | Account Number / CD #: | *******6514  Money Market Account |
| Taxpayer ID No: | *******7940 | | | |
| For Period Ending: | 05/07/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | CASHIERS CHECK<br>CHRISTOPHER J. SIEBEN<br>372 SUNCHASE COURT<br>CARSON CITY, NV  89701 | NON EXEMPT 2009 TAX REFUND FOR $2595.16 AND NON EXEMPT WAGES FOR $115.68; TOTAL OF $2710.84. | | 2,710.84 | | 2,710.84 |
| | 11 | SIEBEN, CHRISTOPHER J. | Memo Amount:        2,595.16<br>PAYMENT FROM DEBTOR | 1224-000 | | | |
| | 10 | SIEBEN, CHRISTOPHER J. | Memo Amount:           115.68<br>PAYMENT FROM DEBTOR | 1290-000 | | | |
| 04/30/10 | INT | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 2,710.88 |
| 05/28/10 | INT | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,710.94 |
| 06/30/10 | INT | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,711.01 |
| 07/30/10 | INT | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,711.08 |
| 08/31/10 | INT | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,711.15 |
| 09/30/10 | INT | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,711.22 |
| 10/29/10 | INT | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,711.28 |
| 11/30/10 | INT | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,711.35 |
| 12/31/10 | INT | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,711.42 |
| 01/31/11 | INT | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,711.49 |
| 02/28/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,711.51 |
| 03/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,711.53 |
| 04/29/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,711.55 |
| 05/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,711.57 |
| 06/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,711.59 |
| 07/29/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,711.61 |
| 08/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,711.63 |
| 09/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,711.65 |
| 10/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,711.67 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.45 | 2,708.22 |

Page Subtotals            2,711.67            3.45

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 09-53991 -GWZ | | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|---|
| Case Name: | SIEBEN, CHRISTOPHER J. | | Bank Name: | Bank of America, N.A. |
| | SIEBEN, TONYA M. | | Account Number / CD #: | *******6514  Money Market Account |
| Taxpayer ID No: | *******7940 | | | |
| For Period Ending: | 05/07/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,708.24 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.34 | 2,704.90 |
| 12/30/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,704.92 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.33 | 2,701.59 |
| 01/31/12 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,701.61 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.54 | 2,698.07 |
| 02/29/12 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,698.09 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.21 | 2,694.88 |
| 03/30/12 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,694.90 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.31 | 2,691.59 |
| 04/30/12 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,691.61 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.42 | 2,688.19 |
| 05/31/12 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,688.21 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.42 | 2,684.79 |
| 06/29/12 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,684.81 |
| 06/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.19 | 2,681.62 |
| 07/31/12 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,681.64 |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.52 | 2,678.12 |
| 08/31/12 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,678.14 |
| 08/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.40 | 2,674.74 |
| 09/28/12 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,674.76 |
| 09/28/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.07 | 2,671.69 |
| 10/18/12 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 2,671.70 |
| 10/18/12 | | Bank of America, N.A.<br>901 Main Street<br>9th Floor<br>Dallas, TX  75283 | BANK FEES | 2600-000 | | 1.86 | 2,669.84 |
| 10/18/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 2,669.84 | 0.00 |

|  |  | Page Subtotals | 0.23 | 2,708.45 |
|---|---|---|---|---|

LFORM24    UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Ver: 17.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit B

| Case No: | 09-53991 -GWZ | | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|---|
| Case Name: | SIEBEN, CHRISTOPHER J. | | Bank Name: | Bank of America, N.A. |
| | SIEBEN, TONYA M. | | Account Number / CD #: | *******6514  Money Market Account |
| Taxpayer ID No: | *******7940 | | | |
| For Period Ending: | 05/07/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 2,710.84 | COLUMN TOTALS | | 2,711.90 | 2,711.90 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 2,669.84 | |
| | | | Subtotal | | 2,711.90 | 42.06 | |
| | Memo Allocation Net: | 2,710.84 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 2,711.90 | 42.06 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 2,710.84 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 0.00 | Checking Account - ********5930 | | 85,000.00 | 53,370.91 | 34,298.93 |
| | | | Money Market Account - ********6514 | | 2,711.90 | 42.06 | 0.00 |
| | Total Memo Allocation Net: | 2,710.84 | | | ------------------------ | ------------------------ | ------------------------ |
| | | | | | 87,711.90 | 53,412.97 | 34,298.93 |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00            0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 07, 2013 |
|---|---|---|---|---|---|---|

Case Number: 09-53991  
Debtor Name: SIEBEN, CHRISTOPHER J.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Kazlow & Fields LLC<br>11605 Crossroads Circle<br>Suite J<br>Baltimore, MD 21220 | Unsecured | | $14,999.00 | $0.00 | $14,999.00 |
| 000002<br>070<br>7100-00 | PLATTE RIVER INSURANCE COMPANY<br>C/O JOMAX RECOVERY SERVICES<br>20325 N. 51ST AVENUE, SUITE 134<br>GLENDALE, AZ 85308 | Unsecured | | $11,959.68 | $0.00 | $11,959.68 |
| 000003<br>070<br>7100-00 | PLATTE RIVER INSURANCE COMPANY<br>C/O JOMAX RECOVERY SERVICES<br>20325 N. 51ST AVENUE, SUITE 134<br>GLENDALE, AZ 85308 | Unsecured | | $4,089.19 | $0.00 | $4,089.19 |
| 000004<br>070<br>7100-00 | Discover Bank<br>P.O. Box 15410<br>Wilmington, DE 19850-5410 | Unsecured | | $3,849.82 | $0.00 | $3,849.82 |
| 000005<br>070<br>7100-00 | RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>FOR GE MONEY BANK<br>DBA LOWE'S PLATINUM VISA<br>25 SE 2ND AVE STE 1120<br>MIAMI FL 33131 | Unsecured | | $6,305.37 | $0.00 | $6,305.37 |
| 000006<br>070<br>7100-00 | RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>FOR GE MONEY BANK<br>DBA JCPENNEY CREDIT SERVICES<br>25 SE 2ND AVE STE 1120<br>MIAMI FL 33131 | Unsecured | | $2,164.61 | $0.00 | $2,164.61 |
| 000007<br>070<br>7100-00 | PLATTE RIVER INSURANCE COMPANY<br>C/O JOMAX RECOVERY SERVICES<br>20325 N. 51ST AVENUE, SUITE 134<br>GLENDALE, AZ 85308 | Unsecured | | $15,000.00 | $0.00 | $15,000.00 |
| 000008<br>070<br>7100-00 | PLATTE RIVER INSURANCE COMPANY<br>C/O JOMAX RECOVERY SERVICES<br>20325 N. 51ST AVENUE, SUITE 134<br>GLENDALE, AZ 85308 | Unsecured | | $10,000.00 | $0.00 | $10,000.00 |
| 000009<br>070<br>7100-00 | LES SCHWAB TIRE CENTERS OF NEVADA, INC<br>P.O. BOX 5350<br>BEND, OR 97708 | Unsecured | | $1,751.01 | $0.00 | $1,751.01 |
| 000010<br>070<br>7100-00 | HD SUPPLY, INC.<br>501 W. CHURCH ST<br>ORLANDO, FL 32805 | Unsecured | | $3,947.40 | $0.00 | $3,947.40 |

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 2 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: May 07, 2013 |

Case Number:   09-53991  
Debtor Name:   SIEBEN, CHRISTOPHER J.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011<br>070<br>7100-00 | GE MONEY BANK<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 960061<br>ORLANDO FL 32896-0661 | Unsecured | | $4,064.81 | $0.00 | $4,064.81 |
| 000012<br>080<br>7200-00 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | Unsecured | | $8,216.79 | $0.00 | $8,216.79 |
| 000013<br>080<br>7200-00 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | Unsecured | | $4,890.78 | $0.00 | $4,890.78 |
| 000014<br>080<br>7200-00 | Toyota Motor Credit Corporation<br>PO BOX 8026<br>Cedar Rapids, IA. 52408-8026 | Unsecured | | $9,504.10 | $0.00 | $9,504.10 |
| | Case Totals: | | | $100,742.56 | $0.00 | $100,742.56 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-53991
Case Name: SIEBEN, CHRISTOPHER J.
           SIEBEN, TONYA M.
Trustee Name: W. Donald Gieseke, Trustee

      Balance on hand        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: W. Donald Gieseke, Trustee | $ | $ | $ |
| Trustee Expenses: W. Donald Gieseke, Trustee | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____

    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Kazlow & Fields LLC | $ | $ | $ |
| 000002 | PLATTE RIVER INSURANCE COMPANY | $ | $ | $ |
| 000003 | PLATTE RIVER INSURANCE COMPANY | $ | $ | $ |
| 000004 | Discover Bank | $ | $ | $ |
| 000005 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | $ | $ | $ |
| 000006 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | $ | $ | $ |
| 000007 | PLATTE RIVER INSURANCE COMPANY | $ | $ | $ |
| 000008 | PLATTE RIVER INSURANCE COMPANY | $ | $ | $ |
| 000009 | LES SCHWAB TIRE CENTERS OF NEVADA, INC | $ | $ | $ |
| 000010 | HD SUPPLY, INC. | $ | $ | $ |
| 000011 | GE MONEY BANK | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be \_\_\_\_ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | AMERICAN EXPRESS BANK FSB | $ | $ | $ |
| 000013 | AMERICAN EXPRESS BANK FSB | $ | $ | $ |
| 000014 | Toyota Motor Credit Corporation | $ | $ | $ |

Total to be paid to tardy general unsecured creditors   $_____

Remaining Balance   $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be \_\_\_\_ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE