UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: §
§
§
SIEBEN, CHRISTOPHER J. § Case No. 09-53991 GWZ
SIEBEN, TONYA M. §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that W. Donald Gieseke, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
MARY SCHOTT
300 BOOTH STREET
RENO, NV 89509

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/10/2013 in Courtroom 5TH FLOOR,
UNITED STATES BANKRUPTCY COURT
CLIFTON YOUNG FEDERAL BUILDING
300 BOOTH STREET RENO, NV 89509

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/11/2013           By: /s/W. Donald Gieseke
                                      Bankruptcy Trustee

*W. Donald Gieseke, Trustee*
*18124 Wedge Parkway*
*Suite 518*
*Reno, NV 89511*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: §
§
SIEBEN, CHRISTOPHER J. § Case No. 09-53991 GWZ
SIEBEN, TONYA M. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 47,711.90 |
| and approved disbursements of | $ | 13,412.97 |
| leaving a balance on hand of[1] | $ | 34,298.93 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: W. Donald Gieseke, Trustee | $ 5,521.19 | $ 0.00 | $ 5,521.19 |
| Trustee Expenses: W. Donald Gieseke, Trustee | $ 50.40 | $ 0.00 | $ 50.40 |

Total to be paid for chapter 7 administrative expenses    $    5,571.59
Remaining Balance    $    28,727.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 78,130.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Kazlow & Fields LLC | $ 14,999.00 | $ 0.00 | $ 5,514.87 |
| 000002 | PLATTE RIVER INSURANCE COMPANY | $ 11,959.68 | $ 0.00 | $ 4,397.36 |
| 000003 | PLATTE RIVER INSURANCE COMPANY | $ 4,089.19 | $ 0.00 | $ 1,503.52 |
| 000004 | Discover Bank | $ 3,849.82 | $ 0.00 | $ 1,415.51 |
| 000005 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | $ 6,305.37 | $ 0.00 | $ 2,318.37 |
| 000006 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | $ 2,164.61 | $ 0.00 | $ 795.89 |
| 000007 | PLATTE RIVER INSURANCE COMPANY | $ 15,000.00 | $ 0.00 | $ 5,515.23 |
| 000008 | PLATTE RIVER INSURANCE COMPANY | $ 10,000.00 | $ 0.00 | $ 3,676.82 |
| 000009 | LES SCHWAB TIRE CENTERS OF NEVADA, INC | $ 1,751.01 | $ 0.00 | $ 643.82 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | HD SUPPLY, INC. | $ 3,947.40 | $ 0.00 | $ 1,451.39 |
| 000011 | GE MONEY BANK | $ 4,064.81 | $ 0.00 | $ 1,494.56 |

Total to be paid to timely general unsecured creditors      $         28,727.34

Remaining Balance      $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 22,611.67 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | AMERICAN EXPRESS BANK FSB | $ 8,216.79 | $ 0.00 | $ 0.00 |
| 000013 | AMERICAN EXPRESS BANK FSB | $ 4,890.78 | $ 0.00 | $ 0.00 |
| 000014 | Toyota Motor Credit Corporation | $ 9,504.10 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors      $         0.00

Remaining Balance      $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/W. Donald Gieseke
Bankruptcy Trustee

*W. Donald Gieseke, Trustee*
*18124 Wedge Parkway*
*Suite 518*
*Reno, NV 89511*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I, Mary Jo Gieseke, an employee of W. Donald Gieseke, Trustee, 18124 Wedge Pkwy., Suite 518, Reno, Nevada 89511 served a true and correct copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** to the names listed as below:

**OFFICE OF THE UNITED STATES TRUSTEE:**
               Via ECF System

**CREDITORS AND OTHER PARTIES OF INTEREST**
           On the parties and addresses set forth on the attached mailing list by placing a true copy thereof for collection and mailing in the United States Mail, at Reno, Nevada, first class mail, postage paid on May 11, 2013.

Dated this 11th day of May, 2013.

                                      */s/ Mary Jo Gieseke*
                                      Mary Jo Gieseke

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN PA 19355-0701

CHRISTOPHER J. & TONYA M. SIEBEN
372 SUNCHASE COURT
CARSON CITY, NV 89701-4512

DEPT. OF EMPLOYMENT, TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
CARSON CITY, NV 89713

DISCOVER BANK
DFS SERVICES LLC
P.O. BOX 3025
NEW ALBANY, OHIO 43054-3025

GE MONEY BANK
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 960061
ORLANDO FL 32896-0661

HD SUPPLY, INC.
501 W. CHURCH ST
ORLANDO, FL 32805-2270

JEREMY T. BERGSTROM, ESQ.
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 PASEO VERDE PKWY, SUITE 250
HENDERSON, NV 89052

JOHN S BARTLETT
755 N. ROOP ST.
SUITE 108
CARSON CITY, NV 89701-3107

Kazlow & Fields LLC
8100 SANDPIPER CIRCLE, SUITE 204
BALTIMORE, MD 21236

LES SCHWAB TIRE CENTERS OF NEVADA, INC
P.O. BOX 5350
BEND, OR 97708-5350

MICHAEL LEHNERS
429 MARSH AVE
RENO, NV 89509-1516

PLATTE RIVER INSURANCE COMPANY
C/O JOMAX RECOVERY SERVICES
20325 N. 51ST AVENUE, SUITE 134
GLENDALE, AZ 85308-5677

RECOVERY MANAGEMENT SYSTEMS
CORPORATION
FOR GE MONEY BANK
DBA JCPENNEY CREDIT SERVICES
25 SE 2ND AVE STE 1120
MIAMI FL 33131-1605

RECOVERY MANAGEMENT SYSTEMS
CORPORATION
FOR GE MONEY BANK
DBA LOWE'S PLATINUM VISA
25 SE 2ND AVE STE 1120
MIAMI FL 33131-1605

STATE DEPT. OF MOTOR VEHICLES
ATTN: LEGAL DIVISION
555 WRIGHT WAY
CARSON CITY, NV 89711

TOYOTA MOTOR CREDIT CORPORATION
P.O. BOX 8026
CEDAR RAPIDS, IOWA 52408-8026

U.S. TRUSTEE - RN - 7 7
300 BOOTH STREET, STE 3009
RENO, NV 89509-1362

United States Bankruptcy Court
300 Booth Street
Reno, NV 89509-1360

W. DONALD GIESEKE
18124 WEDGE PKWY., STE 518
RENO, NV 89511-8134

WESTERN SURETY COMPANY
C/O KAZLOW & FIELDS,LLC
8100 SANDPIPER CIRCLE, SUITE 204
BALTIMORE, MD 21236-4999