# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | |
|---|---|
| In re: § | |
| § | |
| SIEBEN, CHRISTOPHER J. § | Case No. 09-53991 |
| SIEBEN, TONYA M. § | |
| § | |
| Debtor(s) § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

W. Donald Gieseke, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $               from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:     CHAPTER 7 ADMIN. FEES     AND CHARGES     (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER     ADMIN. FEES AND     CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED     CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/W. Donald Gieseke, Trustee_____
                                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BAC Home Loan Serving P.O. Box 10287 Van Nuys, CA 91410-0287 | | | | | |
| | Green Tree P.O. Box 6172 Rapid City, SD 57709-6172 | | | | | |
| | Toyota Financial Services P.O. Box 60114 City Of Industry, CA 91716-0114 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| W. DONALD GIESEKE | | | | | |
| W. DONALD GIESEKE | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| LEHNERS, MICHAEL | | | | | |
| LEHNERS, MICHAEL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acme Concrete Pumping, Inc. 5395 Louie Lane Reno, NV 89511 | | | | | |
| | American Redi-Mix 1475 E. Greg St. Sparks, NV 89431 | | | | | |
| | Bing Materials P.O. Box 487 Minden, NV 89423 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capitol Insurance Companies Claims Dept. P.O. Box 5900 Madison, WI  53705-0900 | | | | | |
| | Carson City Landfill 3505 Butti Way Carson City, NV 89701 | | | | | |
| | Cinderlite Trucking 1665 S. Sutro Terrance Carson City, NV  89706-0356 | | | | | |
| | Citi Flex Line P.O. Box 183113 Columbus, OH 43218-3113 | | | | | |
| | Collection Bureau Of Nevada 470 E. Plumb Lane Suite 200 Reno, NV  89502 | | | | | |
| | Great Basin Redi-Mix P.O. Box 51690 Sparks, NV  89435 | | | | | |
| | Greater Nevada Credit Union P.O. Box 2128 Carson City, NV  89702 | | | | | |
| | Hoy & Hoy, PC 1495 Ridgeview Drive Suite 90 Reno, NV  89509 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | James Hart 35 Desert Willow Way Reno, NV  89511 | | | | | |
| | Keller Supply Company P.O. Box 34458 Seattle, WA 98124-1458 | | | | | |
| | Nationwide Credit, Inc. P.O. Box 740640 Atlanta, GA 30374-0640 | | | | | |
| | Nevada Concrete Supply 1609 Freeport Blvd. Sparks, NV 89431 | | | | | |
| | Reno Gazette Journal P.O. Box 677345 Dallas, TX 75267-7345 | | | | | |
| | Strong McPherson & Co. 202 S. Pratt Drive Carson City, NV  89701 | | | | | |
| | Tetrus Building Materials 3025 Mill St. Reno, NV 89502 | | | | | |
| 000004 | DISCOVER BANK | | | | | |
| 000011 | GE MONEY BANK | | | | | |
| 000010 | HD SUPPLY, INC. | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | KAZLOW & FIELDS LLC | | | | | |
| 000009 | LES SCHWAB TIRE CENTERS OF NEVADA, | | | | | |
| 000002 | PLATTE RIVER INSURANCE COMPANY | | | | | |
| 000003 | PLATTE RIVER INSURANCE COMPANY | | | | | |
| 000007 | PLATTE RIVER INSURANCE COMPANY | | | | | |
| 000008 | PLATTE RIVER INSURANCE COMPANY | | | | | |
| 000005 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000006 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000012 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000013 | AMERICAN EXPRESS BANK FSB | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | TOYOTA MOTOR CREDIT CORPORATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1
Exhibit 8

| Case No: | 09-53991 | GWZ | Judge: Gregg W Zive | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|---|---|
| Case Name: | SIEBEN, CHRISTOPHER J. | | | Date Filed (f) or Converted (c): | 11/09/09 (f) |
| | SIEBEN, TONYA M. | | | 341(a) Meeting Date: | 12/17/09 |
| For Period Ending: | 09/25/13 | | | Claims Bar Date: | 07/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY RESIDENCE LOCATED AT 372 SUNCHASE CT | 225,000.00 | 0.00 | | 0.00 | FA |
| 2. FURNITURE, FURNISHINGS, APPLIANCES, 2 TV'S, COMPUT | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. WEDDING RING | 500.00 | 0.00 | | 0.00 | FA |
| 4. REMINGTON 870 SHOTGUN | 250.00 | 0.00 | | 0.00 | FA |
| 5. MASS MUTUAL UNIVERSAL LIFE INSURANCE POLICY, 450K | 793.00 | 0.00 | | 0.00 | FA |
| 6. MASS MUTUAL UNIVERSAL LIFE INSURANCE POLICY, DEATH | 0.00 | 0.00 | | 0.00 | FA |
| 7. AMERIFUNDS ROTH IRA ACCOUNT | 6,000.00 | 0.00 | | 0.00 | FA |
| 8. 2008 TOYOTA TACOMA, EXTRA CAB, SHORT BED, 4X4, 40K | 23,000.00 | 0.00 | | 0.00 | FA |
| 9. SIERRA CUSTOM CONCRETE EQUIPMENT: STIHL SAW [$250 | 4,100.00 | 0.00 | | 0.00 | FA |
| 10. WAGES (u)<br>NON EXEMPT WAGES OF $115.68 | 0.00 | 115.68 | | 115.68 | FA |
| 11. 2009 TAX REFUND (u)<br>DEBTOR RECEIVED $3,036.00 IN 2009 TAX REFUND, PRORATED TO BK FILING DATE OF 11-09-09 IS $2,595.16 MINUS NO EXEMTIONS IS $2,595.16 IS DUE TO THE ESTATE. | 0.00 | 2,595.16 | | 2,595.16 | FA |
| 12. STATELINE, NV PROPERTY - DEBTORS 1/12 INTEREST (u)<br>COMMERICIAL PROPERTY IN STATELINE, NV - DEBTOR PURCHASED 1/12 OF THIS PROPERTY FROM THE BK ESTATE PER COURT ORDER. | 0.00 | 45,000.00 | | 45,000.00 | FA |
| 13. SALE OF DEBTORS 1/12 INTEREST IN STATELINE PROPER (u)<br>ON 12-19-12 - POTENTIAL BUYER - MR. ACHAB - HAS MADE A $5K DEPOSIT ON PROPOSED SALE OF DEBTORS INTEREST IN 1/12 OF THE STATELINE PROPERTY. THIS BUYER WAS OUTBID IN COURT BY THE DEBTOR. MONEY RETURNED TO BIDDER -MR. ACHAB ON 3-22-13. | 0.00 | 40,000.00 | | 40,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.06 | Unknown |

LFORM1                                                                                                    Ver: 17.03
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 09-53991    GWZ    Judge: Gregg W Zive | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|
| Case Name: | SIEBEN, CHRISTOPHER J. | Date Filed (f) or Converted (c): | 11/09/09 (f) |
|  | SIEBEN, TONYA M. | 341(a) Meeting Date: | 12/17/09 |
|  |  | Claims Bar Date: | 07/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $261,643.00 | $87,710.84 |  | $87,711.90 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

4-6-10 TRUSTEE COLLECTED NON EXEMPT 2009 TAX REFUND FOR $2595.16 AND NON EXEMPT WAGES FOR $115.68.

HEARING ON 9-26-12 DETERMINED THAT DEBTOR WILL PAY $1K PER MONTH FOR 36 MONTHS ON RENTAL INCOME RECEIVED FROM DEBTOR'S 1/12 INTEREST IN A COMMERICIAL PROPERTY IN STATELINE, NV.

HEARING ON 3-13-13 - COURT ORDERED THAT SALE OF DEBTOR'S 1/12 INTEREST IN COMMERCIAL PROPERTY IN STATELINE, NV WILL BE SOLD TO DEBTOR (DOCKET #92) WILL OCCUR FOR $45K FROM DEBTOR.

ON 3-21-13 COURT ORDER SIGNED AND APPROVED FOR SALE TO DEBTOR (DOCKET #92).

ON 3-22-13 FUNDS OF $40K WERE RETURNED TO THIRD PARTY BIDDER, ABDENOUR ACHAB, AND COURT APPROVED SALE TO DEBTOR FOR $45K (DOCKET #92).

DEBTOR SUBMITTED FINAL PAYMENT OF $40K TO BK ESTATE ON 3-22-13.

4-18-13 - TFR SUBMITTED - WAITING FOR OUST APPROVAL ON TRUSTEE'S FINAL REPORT.

Initial Projected Date of Final Report (TFR): 11/09/10     Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-53991 -GWZ | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|
| Case Name: | SIEBEN, CHRISTOPHER J. | Bank Name: | UNION BANK |
|  | SIEBEN, TONYA M. | Account Number / CD #: | *******5930 Checking Account |
| Taxpayer ID No: | *******7940 |  |  |
| For Period Ending: | 09/25/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 10/18/12 |  | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 2,669.84 |  | 2,669.84 |
| 10/25/12 | 12 | CHRISTOPHER J. SIEBEN - PERSONAL CHK<br>372 SUNCHASE COURT<br>CARSON CITY, NV  89701 | PYMT #1 ON STATELINE, NV PROPERTY | 1249-000 | 1,000.00 |  | 3,669.84 |
| 11/19/12 | 12 | CHRISTOPHER J. SIEBEN - PERSONAL CHK<br>372 SUNCHASE COURT<br>CARSON CITY, NV  89701 | PYMT #2 FOR STATELINE, NV | 1249-000 | 1,000.00 |  | 4,669.84 |
| 11/26/12 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 15.00 | 4,654.84 |
| 12/18/12 | 12 | CHRISTOPHER J. SIEBEN  - PERSONAL CHK<br>372 SUNCHASE COURT<br>CARSON CITY, NV  89701 | PYMT # 3 STATELINE, NV PROPERTY | 1249-000 | 1,000.00 |  | 5,654.84 |
| 12/21/12 | 13 | ABDENOUR ACHAB - CASHIERS CHK | $5K DEPOSIT/SALE STATELINE PROPERTY | 1210-000 | 5,000.00 |  | 10,654.84 |
| 12/26/12 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 15.00 | 10,639.84 |
| 01/17/13 | 12 | CHRISTOPHER J. SIEBEN - PERSONAL CHK<br>372 SUNCHASE COURT<br>CARSON CITY, NV  89701 | PYMT #4 FOR STATELINE, NV PROPERTY | 1249-000 | 1,000.00 |  | 11,639.84 |
| 01/25/13 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 15.00 | 11,624.84 |
| 02/13/13 | 13 | EQUITY TRUST COMPANY<br>P.O. BOX 1529<br>225 BURNS ROAD<br>ELYRIA, OH 44036 | DEPOSIT FROM ABDENOUR ACHAB | 1210-000 | 35,000.00 |  | 46,624.84 |
| 02/20/13 | 12 | CHRISTOPHER J. SIEBEN - PERSONAL CHKI<br>372 SUNCHASE COURT<br>CARSON CITY, NV  89701 | PYMT # 5 FOR STATELINE, NV PROP | 1249-000 | 1,000.00 |  | 47,624.84 |
| 02/25/13 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 15.00 | 47,609.84 |
| 03/22/13 | 12 | CHRISTOPHER J. SIEBEN  - CASHIER'S CHK<br>372 SUNCHASE COURT<br>CARSON CITY, NV  89701 | FINAL PYMT ON STATELINE NV PROPERTY | 1110-000 | 40,000.00 |  | 87,609.84 |

Page Subtotals   87,669.84   60.00

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Page: 2

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-53991 -GWZ | | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|---|
| Case Name: | SIEBEN, CHRISTOPHER J. | | Bank Name: | UNION BANK |
| | SIEBEN, TONYA M. | | Account Number / CD #: | *******5930  Checking Account |
| Taxpayer ID No: | *******7940 | | | |
| For Period Ending: | 09/25/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 03/22/13 | 005001 | EQUITY TRUST CO., CUSTODIAN<br>FBO: ABDENOUR ACHAB ROTH IRA<br>225 BURNS ROAD<br>ELYRIA, OH 44036 | RETURN FUNDS TO 1ST BIDDER PROPERTY OVERBID BY DEBTOR ACCEPTED BY COURTS. | 1210-000 | | 40,000.00 | 47,609.84 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 41.16 | 47,568.68 |
| 04/14/13 | 005002 | MICHAEL LEHNERS, ESQ.<br>429 MARSH AVE.<br>RENO, NV 89509 | PAYMENT FOR ATTORNEY FOR TRUSTEE FEES & EXPENSES PER COURT ORDER; DOCKET #90. | | | 13,269.75 | 34,298.93 |
| | | | Fees            13,003.75 | 3210-000 | | | |
| | | | Expenses           266.00 | 3220-000 | | | |
| 07/19/13 | 005003 | W. Donald Gieseke<br>18124 Wedge Parkway<br>Suite 518<br>Reno, NV  89511 | Chapter 7 Compensation/Expense | | | 5,571.59 | 28,727.34 |
| | | | Fees             5,521.19 | 2100-000 | | | |
| | | | Expenses             50.40 | 2200-000 | | | |
| 07/19/13 | 005004 | Kazlow & Fields LLC<br>11605 Crossroads Circle<br>Suite J<br>Baltimore, MD 21220 | Claim 000001, Payment 36.76825% | 7100-000 | | 5,514.87 | 23,212.47 |
| 07/19/13 | 005005 | PLATTE RIVER INSURANCE COMPANY<br>C/O JOMAX RECOVERY SERVICES<br>14100 N. 83rd AVENUE, SUITE 235<br>PEORIA, AZ 85381 | Claim 000002, Payment 36.76821% | 7100-000 | | 4,397.36 | 18,815.11 |
| 07/19/13 | 005006 | PLATTE RIVER INSURANCE COMPANY<br>C/O JOMAX RECOVERY SERVICES<br>14100 N. 83RD AVE, SUITE 235<br>PEORIA, AZ 85381 | Claim 000003, Payment 36.76816% | 7100-000 | | 1,503.52 | 17,311.59 |
| 07/19/13 | 005007 | Discover Bank<br>P.O. Box 15410 | Claim 000004, Payment 36.76821% | 7100-000 | | 1,415.51 | 15,896.08 |

Page Subtotals        0.00        71,713.76

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-53991 -GWZ | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|
| Case Name: | SIEBEN, CHRISTOPHER J. | Bank Name: | UNION BANK |
|  | SIEBEN, TONYA M. | Account Number / CD #: | *******5930  Checking Account |
| Taxpayer ID No: | *******7940 | | |
| For Period Ending: | 09/25/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/19/13 | 005008 | Wilmington, DE 19850-5410<br>RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>FOR GE MONEY BANK<br>DBA LOWE'S PLATINUM VISA<br>25 SE 2ND AVE STE 1120<br>MIAMI FL 33131 | Claim 000005, Payment 36.76818% | 7100-000 | | 2,318.37 | 13,577.71 |
| 07/19/13 | 005009 | RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>FOR GE MONEY BANK<br>DBA JCPENNEY CREDIT SERVICES<br>25 SE 2ND AVE STE 1120<br>MIAMI FL 33131 | Claim 000006, Payment 36.76829% | 7100-000 | | 795.89 | 12,781.82 |
| * 07/19/13 | 005010 | PLATTE RIVER INSURANCE COMPANY<br>C/O JOMAX RECOVERY SERVICES<br>14100 N. 83RD AVE, SUITE 235<br>PEORIA, AZ 85381 | Claim 000007, Payment 36.76820% | 7100-003 | | 5,515.23 | 7,266.59 |
| * 07/19/13 | 005011 | PLATTE RIVER INSURANCE COMPANY<br>C/O JOMAX RECOVERY SERVICES<br>14100 N. 83RD AVE, SUITE 235<br>PEORIA, AZ 85381 | Claim 000008, Payment 36.76820% | 7100-003 | | 3,676.82 | 3,589.77 |
| 07/19/13 | 005012 | LES SCHWAB TIRE CENTERS OF NEVADA, INC<br>P.O. BOX 5350<br>BEND, OR 97708 | Claim 000009, Payment 36.76849% | 7100-000 | | 643.82 | 2,945.95 |
| 07/19/13 | 005013 | HD SUPPLY, INC.<br>501 W. CHURCH ST<br>ORLANDO, FL 32805 | Claim 000010, Payment 36.76825% | 7100-000 | | 1,451.39 | 1,494.56 |
| 07/19/13 | 005014 | GE MONEY BANK<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 960061 | Claim 000011, Payment 36.76826% | 7100-000 | | 1,494.56 | 0.00 |
| | | | Page Subtotals | | 0.00 | 15,896.08 | |

Ver: 17.03

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 09-53991 -GWZ | | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|---|
| Case Name: | SIEBEN, CHRISTOPHER J. | | Bank Name: | UNION BANK |
| | SIEBEN, TONYA M. | | Account Number / CD #: | *******5930  Checking Account |
| Taxpayer ID No: | *******7940 | | | |
| For Period Ending: | 09/25/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/05/13 | 005010 | PLATTE RIVER INSURANCE COMPANY C/O JOMAX RECOVERY SERVICES 14100 N. 83RD AVE, SUITE 235 PEORIA, AZ 85381 ORLANDO FL 32896-0661 | Claim 000007, Payment 36.76820% | 7100-003 | | -5,515.23 | 5,515.23 |
| * 08/05/13 | 005011 | PLATTE RIVER INSURANCE COMPANY C/O JOMAX RECOVERY SERVICES 14100 N. 83RD AVE, SUITE 235 PEORIA, AZ 85381 | Claim 000008, Payment 36.76820% | 7100-003 | | -3,676.82 | 9,192.05 |
| 08/05/13 | 005015 | Kazlow & Fields LLC 8100 Sandpiper Circle, Suite 204 Baltimore, MD 21236 | Claim 000001, Payment 17.30075% | 7100-000 | | 2,594.94 | 6,597.11 |
| 08/05/13 | 005016 | PLATTE RIVER INSURANCE COMPANY C/O JOMAX RECOVERY SERVICES 14100 N. 83rd AVENUE, SUITE 235 PEORIA, AZ 85381 | Claim 000002, Payment 17.30080% | 7100-000 | | 2,069.12 | 4,527.99 |
| 08/05/13 | 005017 | PLATTE RIVER INSURANCE COMPANY C/O JOMAX RECOVERY SERVICES 14100 N. 83RD AVE, SUITE 235 PEORIA, AZ 85381 | Claim 000003, Payment 17.30074% | 7100-000 | | 707.46 | 3,820.53 |
| 08/05/13 | 005018 | Discover Bank P.O. Box 15410 Wilmington, DE 19850-5410 | Claim 000004, Payment 17.30081% | 7100-000 | | 666.05 | 3,154.48 |
| 08/05/13 | 005019 | RECOVERY MANAGEMENT SYSTEMS CORPORATION FOR GE MONEY BANK DBA LOWE'S PLATINUM VISA 25 SE 2ND AVE STE 1120 MIAMI FL 33131 | Claim 000005, Payment 17.30081% | 7100-000 | | 1,090.88 | 2,063.60 |
| 08/05/13 | 005020 | RECOVERY MANAGEMENT SYSTEMS | Claim 000006, Payment 17.30058% | 7100-000 | | 374.49 | 1,689.11 |

Page Subtotals       0.00      -1,689.11

Ver: 17.03

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 09-53991 -GWZ | | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|---|
| Case Name: | SIEBEN, CHRISTOPHER J. | | Bank Name: | UNION BANK |
| | SIEBEN, TONYA M. | | Account Number / CD #: | *******5930  Checking Account |
| Taxpayer ID No: | *******7940 | | | |
| For Period Ending: | 09/25/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CORPORATION FOR GE MONEY BANK DBA JCPENNEY CREDIT SERVICES 25 SE 2ND AVE STE 1120 MIAMI FL 33131 | | | | | |
| 08/05/13 | 005021 | LES SCHWAB TIRE CENTERS OF NEVADA, INC P.O. BOX 5350 BEND, OR 97708 | Claim 000009, Payment 17.30030% | 7100-000 | | 302.93 | 1,386.18 |
| 08/05/13 | 005022 | HD SUPPLY, INC. 501 W. CHURCH ST ORLANDO, FL 32805 | Claim 000010, Payment 17.30075% | 7100-000 | | 682.93 | 703.25 |
| 08/05/13 | 005023 | GE MONEY BANK ATTN: BANKRUPTCY DEPARTMENT PO BOX 960061 ORLANDO FL 32896-0661 | Claim 000011, Payment 17.30093% | 7100-000 | | 703.25 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 87,669.84 | 87,669.84 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 2,669.84 | 0.00 | |
| | | Subtotal | | 85,000.00 | 87,669.84 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 85,000.00 | 87,669.84 | |

Page Subtotals    0.00    1,689.11

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 17)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 09-53991 -GWZ | | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|---|
| Case Name: | SIEBEN, CHRISTOPHER J. | | Bank Name: | Bank of America, N.A. |
| | SIEBEN, TONYA M. | | Account Number / CD #: | *******6514  Money Market Account |
| Taxpayer ID No: | *******7940 | | | |
| For Period Ending: | 09/25/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | CASHIERS CHECK CHRISTOPHER J. SIEBEN 372 SUNCHASE COURT CARSON CITY, NV  89701 | NON EXEMPT 2009 TAX REFUND FOR $2595.16 AND NON EXEMPT WAGES FOR $115.68; TOTAL OF $2710.84. | | 2,710.84 | | 2,710.84 |
| | 11 | SIEBEN, CHRISTOPHER J. | Memo Amount:       2,595.16  PAYMENT FROM DEBTOR | 1224-000 | | | |
| | 10 | SIEBEN, CHRISTOPHER J. | Memo Amount:           115.68  PAYMENT FROM DEBTOR | 1290-000 | | | |
| 04/30/10 | INT | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 2,710.88 |
| 05/28/10 | INT | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,710.94 |
| 06/30/10 | INT | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,711.01 |
| 07/30/10 | INT | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,711.08 |
| 08/31/10 | INT | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,711.15 |
| 09/30/10 | INT | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,711.22 |
| 10/29/10 | INT | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,711.28 |
| 11/30/10 | INT | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,711.35 |
| 12/31/10 | INT | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,711.42 |
| 01/31/11 | INT | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,711.49 |
| 02/28/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,711.51 |
| 03/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,711.53 |
| 04/29/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,711.55 |
| 05/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,711.57 |
| 06/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,711.59 |
| 07/29/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,711.61 |
| 08/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,711.63 |
| 09/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,711.65 |
| 10/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,711.67 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.45 | 2,708.22 |

Page Subtotals    2,711.67    3.45

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 18)

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-53991 -GWZ | | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|---|
| Case Name: | SIEBEN, CHRISTOPHER J. | | Bank Name: | Bank of America, N.A. |
| | SIEBEN, TONYA M. | | Account Number / CD #: | *******6514  Money Market Account |
| Taxpayer ID No: | *******7940 | | | |
| For Period Ending: | 09/25/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,708.24 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.34 | 2,704.90 |
| 12/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,704.92 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.33 | 2,701.59 |
| 01/31/12 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,701.61 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.54 | 2,698.07 |
| 02/29/12 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,698.09 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.21 | 2,694.88 |
| 03/30/12 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,694.90 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.31 | 2,691.59 |
| 04/30/12 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,691.61 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.42 | 2,688.19 |
| 05/31/12 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,688.21 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.42 | 2,684.79 |
| 06/29/12 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,684.81 |
| 06/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.19 | 2,681.62 |
| 07/31/12 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,681.64 |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.52 | 2,678.12 |
| 08/31/12 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,678.14 |
| 08/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.40 | 2,674.74 |
| 09/28/12 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,674.76 |
| 09/28/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.07 | 2,671.69 |
| 10/18/12 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 2,671.70 |
| 10/18/12 | | Bank of America, N.A. | BANK FEES | 2600-000 | | 1.86 | 2,669.84 |
| | | 901 Main Street | | | | | |
| | | 9th Floor | | | | | |
| | | Dallas, TX  75283 | | | | | |
| 10/18/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 2,669.84 | 0.00 |

Page Subtotals    0.23    2,708.45

Ver: 17.03

LFORM24    UST Form 101-7-TDR (5/1/2011) (Page: 19)

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8
Exhibit 9

| Case No: | 09-53991 -GWZ | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|
| Case Name: | SIEBEN, CHRISTOPHER J. | Bank Name: | Bank of America, N.A. |
|  | SIEBEN, TONYA M. | Account Number / CD #: | *******6514  Money Market Account |
| Taxpayer ID No: | *******7940 |  |  |
| For Period Ending: | 09/25/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 2,710.84 | COLUMN TOTALS | 2,711.90 | 2,711.90 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 2,669.84 |  |
|  |  | Subtotal | 2,711.90 | 42.06 |  |
| Memo Allocation Net: | 2,710.84 | Less: Payments to Debtors |  | 0.00 |  |
|  |  | Net | 2,711.90 | 42.06 |  |

|  |  |  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 2,710.84 | TOTAL - ALL ACCOUNTS |  |  |  |
| Total Allocation Disbursements: | 0.00 | Checking Account - ********5930 | 85,000.00 | 87,669.84 | 0.00 |
| Total Memo Allocation Net: | 2,710.84 | Money Market Account - ********6514 | 2,711.90 | 42.06 | 0.00 |
|  |  |  | ----------------------- | ----------------------- | ----------------------- |
|  |  |  | 87,711.90 | 87,711.90 | 0.00 |
|  |  |  | ============== | ============== | ============== |
|  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*