# United States Bankruptcy Court
### District of Nevada

Case No. <u>09–53991–gwz</u>
Chapter 7

In re: (Name of Debtor)
    CHRISTOPHER J. SIEBEN             TONYA M. SIEBEN
    fdba Sierra Custom Concrete LLC     372 SUNCHASE COURT
    372 SUNCHASE COURT                 CARSON CITY, NV 89701
    CARSON CITY, NV 89701

Social Security No.:
    xxx–xx–5349                                  xxx–xx–3319

## FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

☑     CHRISTOPHER J. SIEBEN

☑     TONYA M. SIEBEN

IT IS ORDERED THAT W. DONALD GIESEKE is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 3/19/14                                            BY THE COURT

                                                             *Mary A. Schott*
                                                             Mary A. Schott
                                                             Clerk of the Bankruptcy Court